# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-08348-CJC (FFMx) | Date | January 25, 2021 |
| Title | April Becerra-South v. Howroyd-Wright Employment Agency, Inc./Apple One Services, Inc., et al | | |

Cheryl Wynn
Deputy Clerk

Debbie Hino-Spaan
Court Reporter

Attorneys Present for Plaintiff:

Michael Gould

Attorneys Present for Defendant:

Kevin Kanooni

**PROCEEDINGS:** **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [46] PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD [47]**

In light of the re-implementation of the Court's Continuity of Operations Plan (COOP), the hearing is conducted by video, utilizing Zoom.gov. Recording or re-broadcasting of the proceeding is strictly prohibited.

The Deputy Clerk emailed the Court's tentative ruling and judgment to counsel prior to the hearing. Motion hearing is held. No objectors have appeared for the hearing; Plaintiff's counsel represents to the Court that no objections have been received.

The Court hears from counsel regarding the tentative ruling and judgment. Counsel submit and the Court GRANTS the Motion. Final Order and Judgment will issue.

-- : 07

Initials of Deputy Clerk  cw