JS-6

FILED
CLERK, U.S. DISTRICT COURT

1/25/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL BECERRA-SOUTH, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>HOWROYD-WRIGHT EMPLOYMENT AGENCY, INC., d/b/a APPLEONE EMPLOYMENT SERVICES, and DOES 1 through 25,<br><br>      Defendants. | Case No.: CV 18-08348-CJC(FFMx)<br><br><br><br><br><br><br>JUDGMENT |

On January 25, 2021, the Court conducted a hearing on Plaintiffs' unopposed Motion in Support of Final Approval of Class Action Settlement, including Plaintiff's Request for Attorney's Fees and Costs ("Motion"). The Court considered the Motion papers, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the Motion is

GRANTED IN SUBSTANTIAL PART and JUDGMENT be entered by the clerk as follows:

1. The Court approves the Settlement memorialized in the Joint Stipulation of Class and Representative Action Settlement and the Notice of Class Action Settlement.

2. The Court certifies the following Settlement Class for settlement purposes only pursuant to Rule 23 of the Federal Rule of Civil Procedure:

> (1) all individuals formerly employed by Defendant Howroyd-Wright Employment Agency, Inc. in California who were paid hourly and who were beneficiaries of The Act 1 Group, Inc.'s VEBA Trust between May 16, 2014 to October 5, 2020.

3. The Court finds, solely for purposes of the Settlement, that: (a) the Settlement Class is so numerous that joinder of all Settlement Class Members is impracticable; (b) there are questions of law and fact common to the Settlement Class that predominate over any individual questions; (c) the claims of the Named Plaintiffs are typical of the claims of the Settlement Class; (d) Named Plaintiffs and Class Counsel will fairly and adequately represent and protect the interests of the Settlement Class; and (e) a class action is superior to all other available methods for the fair and efficient adjudication of the controversy. The Court further finds that the Settlement falls within the range of reasonableness of a settlement that could ultimately be granted final approval by the Court, and merits submission to Class Members for their consideration. All capitalized terms used in this Order shall have the same defined meanings as set forth in the Joint Stipulation of Class Action Settlement and Release, unless stated otherwise.

4. The Court approves Michael Gould of Gould & Associates, PLC as Class Counsel.

5. The Court approves plaintiff April Becerra-South as Class Representative, including his enhancement award of $5,000.

6. The Court appoints CPT Group, Inc. as the Claims Administrator.

7. The Court approves the $10,500 Claims Administration Fee to be paid to CPT Group.

8. The Court approves Class Counsel's request for Attorney's Fees in the amount of $144,170.45 (25% of the common fund after deducting counsel's and the settlement administrator's fees) and $12,818.21 in Costs.

9. The Court approves the $7,500 LWDA Payment.

DATED: January 25, 2021

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE